IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AARON BELL : CIVIL ACTION
:
v. : No. 17-912
:
WILLIAM SULLIVAN, et al. :

## **ORDER**

AND NOW, this 16th day of November, 2017, upon consideration of Defendants City of Philadelphia, Michael Miller, and William Sullivan's Motion to Dismiss for Failure to State a Claim, and Plaintiff's opposition thereto, and after a May 24, 2017, oral argument on the Motion, it is ORDERED the Motion (Document 9) is GRANTED in part and DENIED in part as follows:

- The Motion is GRANTED as to the Substantive Due Process, Procedural Due Process, Equal Protection, Defamation, and Abuse of Process claims against Defendant Sullivan (Counts 3, 4, 5, 6, and 7), which are DISMISSED with prejudice.

- The Motion is GRANTED as to all Counts against the City of Philadelphia (Counts 9 and 10), which are DISMISSED with prejudice.

- The Motion is GRANTED as to all Counts against Defendant Miller (Counts 11 and 12), which are DISMISSED with prejudice.

- The balance of the Motion is DENIED.

It is further ORDERED Defendants' First and Second Motions to Dismiss (Documents 2 and 6) are DISMISSED as MOOT.

A scheduling order will be entered separately.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.